

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TODD JAEL DOTSON, | § | No. 08-23-00315-CR |
| Appellant, | § | Appeal from the |
| v. | § | 187th District Court |
| THE STATE OF TEXAS, | § | Of Bexar County, Texas |
| Appellee. | § | (TC# 2023CR2674) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST 2024.


YVONNE T. RODRIGUEZ, Chief Justice (Ret.)


Before Rodriguez, C.J. (Senior Judge), Palafox, and Soto, JJ.
Rodriguez, C.J. (Ret.), sitting by assignment